IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, GREGORY W. THORPE, *et al.* Plaintiffs  v.  GLAXOSMITHKLINE PLC, *et al.* Defendants | CASE NO. 03-10641-NG-RWZ CASE NO. 11-10398-NG-RWZ   and |
| GREGORY THORPE AND BLAIR HAMRICK, Plaintiffs,  v.  CROSS & BENNETT, LP, KEITH F. CROSS AND JOSEPH F. BENNETT, Defendants | CASE NO. 12-11632-RWZ |

## MOTION OF THORPE AND HAMRICK
## FOR CONSOLIDATION AND CHANGE OF VENUE

Relators Greg Thorpe and Blair Hamrick, by their undersigned counsel, hereby move this Court for an order (a) denying Cross & Bennett's motion to intervene in Case No. 03-10641/11-10398 (Docket No. 111), (b) consolidating Cross & Bennett's proposed complaint for fees into Relators' existing Malpractice Action against Cross & Bennett at Case No. 12-11632-RWZ, and (c) transferring the attorney's lien dispute from Case No. 03-10641/11-10398 (Docket Nos. 112, 115, and 117), as well as the money to be held in respect of that dispute, to the consolidated malpractice/fee dispute proceeding at Case No. 12-11632. In that way, all disputes arising out of the attorney-client relationship between Thorpe and Hamrick and Cross & Bennett may be litigated in a single proceeding and without interfering with the unrelated retaliatory discharge claims that are still pending in the *qui tam* case.

Relators further move to transfer such consolidated malpractice/fee dispute proceeding to the United States District Court for the District of Colorado. The attorney-client dispute is

4665380

governed by Colorado law and should be heard, most appropriately, by a Colorado court and tried to a Colorado jury. In support of this Motion, Thorpe and Hamrick respectfully submit the accompanying memorandum of law. A proposed order is attached hereto.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Undersigned counsel has conferred with counsel for Cross & Bennett, GSK, the United States, and the Medicaid Participating States in a good faith effort to resolve or narrow the issues raised by this motion with the following result: Cross & Bennett has indicated that it favors consolidation but opposes this motion in all other respects, including the requested form of consolidation and the requested change of venue. The other parties have taken no position.

Respectfully submitted,

/s/ Matthew Fogelman
Matthew J. Fogelman (BBO #653916)
FOGELMAN & FOGELMAN LLC
100 Wells Avenue
Newton, MA 02459
617-559-1530
**mjf@fogelmanlawfirm.com**

Of Counsel:

William J. Leonard
Richard P. Limburg
Obermayer Rebmann Maxwell & Hippel LLP
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103
215-665-3000
william.leonard@obermayer.com
**richard.limburg@obermayer.com**

4665380

## CERTIFICATE OF SERVICE

I certify that on October 9, 2012 this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                        ___/s/ Matthew Fogelman_____
                                        Matthew J. Fogelman

4665380