**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|   |   |   |
|---|---|---|
| GREGORY THORPE and BLAIR HAMRICK,  )  <br> ) <br> Plaintiffs and Defendants in Counterclaim  ) <br> ) <br> v.  ) <br> ) <br> CROSS & BENNETT, L.L.C.,  ) <br> KEITH F. CROSS and JOSEPH F. BENNETT,  ) <br> ) <br> Defendants and Plaintiffs in Counterclaim  ) <br>────────────────────────────────────────) <br> ) <br> CROSS & BENNETT, L.L.C.,  ) <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> GREGORY THORPE and BLAIR HAMRICK  ) <br> ) <br> Defendants.  ) <br> ) | Civil Case No. 12-11632-RWZ <br> CONSOLIDATED ACTION |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**OF BENJAMIN L. MACK**

Please withdraw the appearance of Benjamin L. Mack as counsel for defendant and plaintiff-in-counterclaim Cross & Bennett, L.L.C ("Cross & Bennett").  Cross & Bennett is now represented by attorneys Thomas M. Greene, Ryan P. Morrison, and Michael Tabb of Greene LLP.  Attorneys Greene, Morrison, and Tabb have filed notices of appearance in this case.

                    Respectfully submitted,

                    /s/ Benjamin L. Mack
                    Benjamin L. Mack (BBO # 661590)
                    NUTTER, McCLENNEN & FISH, LLP
                    155 Seaport Boulevard
                    Boston, MA  02110
                    (617) 439-2000
                    bmack@nutter.com

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

      I hereby certify that on this date I conferred with counsel for plaintiffs and that plaintiffs have assented to this motion.

Dated:  December 21, 2012                /s/ Benjamin L. Mack

## CERTIFICATE OF SERVICE

      I hereby certify that, on December 21, 2012 this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  December 21, 2012                /s/ Benjamin L. Mack