UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY W. THORPE and BLAIR HAMRICK<br><br>    Plaintiffs and Defendants in Counterclaim,<br><br>v.<br><br>KEITH F. CROSS and JOSEPH F. BENNETT,<br><br>    Defendants,<br><br>and<br><br>CROSS & BENNETT, L.L.C.,<br><br>    Defendant and Plaintiff in Counterclaim. | C. A. No. 12-11632-RWZ<br><br>**CONSOLIDATED ACTION** |
| CROSS & BENNETT, L.L.C.,<br><br>    Plaintiff,<br><br>v.<br><br>GREGORY W. THORPE and BLAIR HAMRICK,<br><br>    Defendants. | |

## ATTORNEYS' STIPULATION AND STATUS REPORT

At the telephonic scheduling conference on this matter held on Wednesday December 12, 2012, counsel for Gregory Thorpe and Blair Hamrick (the "Clients") raised a "housekeeping matter" relating to the status of the pleadings. In particular, counsel for the Clients questioned the status of the Complaint in Intervention filed by Cross & Bennett, L.L.C. ("Cross & Bennett") in light of the virtually identical counterclaim Cross & Bennett filed in response to the malpractice action the Clients

brought against Cross & Bennett, Keith Cross and Joseph Bennett (collectively, the "Attorneys"). Counsel informed the Court that they would attempt to work out their differences and report back to the Court. Although some progress may have been made, the parties were unable to resolve their differences. The Attorneys file this status report and Stipulation in response to their pledge to report back to the Court.

On Friday, December 14, 2012, the Attorneys proposed the following stipulation to address the outstanding issues:

> The parties stipulate that it is unnecessary for Gregory Thorpe and Blair Hamrick to answer or otherwise respond to the Complaint in Intervention filed by Cross & Bennett, L.L.C.
>
> This stipulation is without prejudice to the rights of either party in regard to designation as plaintiff or defendant at trial or as to order of proof at trial. All such issues will be addressed at the Final Pre-Trial Conference.

On Tuesday, December 18, 2012, counsel for the Clients responded that the "proposed stipulation on the pleadings addresses the issue of whether there will be any response to the complaint in intervention," and that "(w)e agree that it is premature to discuss the order of proof at trial." Nonetheless, the Clients declined to join the proposed stipulation because "it doesn't seem to 'clean up' the pleadings, since it leaves a counterclaim and an identical complaint in intervention pending in the same case."

Notwithstanding the Clients' refusal to join the proposed Stipulation, the Attorneys are willing to enter the proposed stipulation unilaterally. Accordingly, the Attorneys hereby stipulate that:

> Gregory Thorpe and Blair Hamrick are not required to answer or otherwise respond to the Complaint in Intervention filed by Cross & Bennett, L.L.C. This stipulation is made without prejudice to the rights of

any party to seek designation as plaintiff or defendant at trial or as to order of proof at trial.

The Attorneys believe that this stipulation should obviate the need for the Court to address any issues relating to the pleadings, the order of proof and the determination of who shall be the "Plaintiff" and "Defendant" at trial until the time of the Final Pre-Trial Conference.

Respectfully submitted,

| | |
|---|---|
| CROSS & BENNETT, L.L.C., KEITH CROSS, AND JOSEPH BENNETT | CROSS & BENNETT, L.L.C. |
| By their attorneys, | By its attorneys, |
| /s/ George A. Berman | /s/Michael Tabb |
| George A. Berman (BBO # 040200) | Thomas M. Greene (BBO # 210020) |
| Alan K. Tannenwald  (BBO # 672375) | tgreene@greenellp.com |
| PEABODY & ARNOLD LLP | Michael Tabb (BBO # 497310) |
| Federal Reserve Plaza | matabb@greenellp.com |
| 600 Atlantic Avenue | Ryan P. Morrison (BBO # 680238) |
| Boston, MA 02210 | rmorrison@greenellp.com |
| (617) 951-2100 | GREENE LLP |
| gberman@peabodyarnold.com | One Liberty Square, Suite 1200 |
| atannenwald@peabodyarnold.com | Boston, MA  02109 |
| | (617) 439-2775 |

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 21, 2012, this document (filed through the ECF system) was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: December 21, 2012         */s/ Michael Tabb*
                                 Michael Tabb