UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12-11632-RWZ

GREGORY W. THORPE, *et al.*

v.

CROSS & BENNETT, L.L.C., *et al.*

ORDER

November 21, 2013

ZOBEL, D.J.

  Defendants Keith F. Cross and Joseph F. Bennett, and their law firm, Cross & Bennett, L.L.C., represented plaintiffs Gregory W. Thorpe and Blair Hamrick in a <u>qui tam</u> action plaintiffs brought against their former employer, GlaxoSmithKline, pursuant to the False Claims Act. 31 U.S.C. §§ 3729–33. Plaintiffs terminated defendants' services on October 21, 2009, and continued to litigate the action represented by successor counsel. They later filed a legal malpractice action against defendants, who now move to compel production of (1) all communications between plaintiffs and successor counsel Nolan & Auerbach and Kenney & McCafferty, and (2) all communications with counsel with whom plaintiffs conferred between September and December 2009 (Docket # 48).

The motion is ALLOWED to the extent that plaintiffs shall produce all communications with

 (a) successor counsel, and

 (b) counsel with whom plaintiffs consulted between September and December 2009

regarding defendants' conduct of the <u>qui tam</u> litigation and plaintiffs' knowledge thereof.

  November 21, 2013           /s/Rya W. Zobel

   DATE               RYA W. ZOBEL
                 UNITED STATES DISTRICT JUDGE