IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY W. THORPE, *et al.* | |
| Plaintiffs | CASE NO. 12-cv-11632-RWZ |
| v. | |
| CROSS & BENNETT, LLC, *et al.* | |
| Defendants | |

## **MOTION FOR STAY**

Plaintiffs Gregory Thorpe and Blair Hamrick ("Plaintiffs"), and their undersigned counsel, submit this Motion for Stay, and state as follows:

1. A conflict of interest has developed between Plaintiffs that prevents undersigned counsel from continuing to represent either Plaintiff in this litigation;

2. Plaintiffs and undersigned counsel therefore respectfully request the Court stay this litigation, and all existing deadlines, so that each Plaintiff may retain independent counsel to substitute for undersigned counsel;

3. The nature and details of the conflict cannot be explained without revealing client confidences and cannot be discussed in this motion.

4. Undersigned counsel is aware of the requirement of Local Rule 7.1(a)(2) requiring counsel to confer and attempt to resolve or narrow the issues brought by motion. Undersigned counsel has not conferred with opposing counsel, because the reasons for this

4778871

motion cannot be discussed with opposing counsel without violating the attorney/client privilege and cannot be resolved or refined through discussion and agreement with opposing counsel.

Wherefore, Plaintiffs and undersigned counsel respectfully requests that this Court grant this motion and stay this litigation, including all existing deadlines, pending Plaintiffs' retention of substitute counsel.

Respectfully Submitted,

  /s/  William J. Leonard
William J. Leonard (*Pro Hac Vice*)
Richard P. Limburg (*Pro Hac Vice*)
Michael F. Eichert (*Pro Hac Vice*)
Alex P. Basilevsky (*Pro Hac Vice*)
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
1617 John F. Kennedy Blvd.
Philadelphia, PA  19103
215-665-3000

Matthew J. Fogelman (BBO #653916)
FOGELMAN & FOGELMAN LLC
100 Wells Avenue
Newton, MA 02459
617-559-1530
mjf@fogelmanlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2014, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/<br>Alex. P. Basilevsky