UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY THORPE and<br>BLAIR HAMRICK,<br><br>Plaintiffs,<br><br>v.<br><br>KEITH F. CROSS,<br>JOSEPH F. BENNETT and<br>CROSS & BENNETT, L.L.C.,<br><br>Defendants. | C.A. NO.1:12-cv-11632-RWZ |

## ATTORNEYS' LIMITED OPPOSITION TO MOTION TO STAY

Cross & Bennett, L.L.C., Keith F. Cross and Joseph F. Bennett (the "Attorneys") oppose the Motion to Stay filed on behalf of Gregory Thorpe and Blair Hamrick to the extent that it seeks to impose an indefinite stay of the instant litigation. Given the glacial progress of discovery in this case to date, the Attorneys are willing to agree to a 14 day stay of this litigation until January 24, 2014.

The Attorneys request that the Court convene a Status Conference during the week of January 27, 2014 at which successor counsel or Thorpe and Hamrick personally be required to appear. Given that they both have received over $15 million as part of a *qui tam* settlement in the False Claims Act action against GlaxoSmithKline which is the subject of this fee dispute, both Thorpe and Hamrick have sufficient funds to retain new counsel. Further, according to testimony provided by Blair Hamrick during his November 2013 deposition, both he and Thorpe have personal counsel advising them in these matters. Provided Thorpe and Hamrick are willing to make satisfactory financial arrangements, they should have no difficulty retaining successor counsel during the next two weeks to represent them at the requested status conference.

WHEREFORE, Cross & Bennett, L.L.C, Keith F. Cross and Joseph F. Bennett agree to a 14 day stay of this case and request that Thorpe and Hamrick be required to attend – either personally or through successor counsel – a Status Conference during the week of January 27, 2014.

>
> Respectfully submitted,
>
> KEITH F. CROSS,
> JOSEPH F. BENNETT and
> CROSS & BENNETT, L.L.C.,
>
> By their attorneys,
>
> /s/ Alan K. Tannenwald
> George A. Berman, Esq. (BBO # 040200)
> Alan K. Tannenwald, Esq. (BBO # 672375)
> PEABODY & ARNOLD LLP
> Federal Reserve Plaza
> 600 Atlantic Avenue
> Boston, MA  02210
> (617) 951-2100
> gberman@peabodyarnold.com
> atannenwald@peabodyarnold.com
>
> CROSS & BENNETT, L.L.C.
>
> By its attorneys,
>
> /s/ Michael Tabb
> Thomas M. Greene (BBO # 210020)
> tgreene@greenellp.com
> Michael Tabb (BBO # 497310)
> matabb@greenellp.com
> Sarah Godfrey (BBO # 625041)
> sgodfrey@greenellp.com
> Margaret N. Rosenberg (BBO # 675614)
> mrosenberg@greenellp.com
> GREENE LLP
> One Liberty Square, Suite 1200
> Boston, MA  02109
> (617) 261-0040

Dated: January 10, 2014

## CERTIFICATE OF SERVICE

      I hereby certify that, on January 10, 2014, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                   /s/ Alan K. Tannenwald
                                                   Alan K. Tannenwald

813807_1
14818-96630