IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY W. THORPE, *et al.* | |
| Plaintiffs | CASE NO. 12-cv-11632-RWZ |
| v. | |
| CROSS & BENNETT, LLC, *et al.* | |
| Defendants | |

**RESPONSE OF UNDERSIGNED COUNSEL TO MOTION
TO COMPEL DISCOVERY RELATED TO
<u>GREGORY W. THORPE'S RETALIATION CLAIMS</u>**

Obermayer Rebmann Maxwell & Hippel LLP and Fogelman & Fogelman LLC ("Undersigned Counsel"), temporary counsel of record for plaintiff Gregory Thorpe ("Thorpe") submits this response to Cross & Bennett's pending Motion to Compel Discovery Related to Gregory W. Thorpe's Retaliation Claims:

1. On December 26, 2013 defendant Cross & Bennett LLC ("Cross & Bennett") filed a Motion to Compel Discovery Related to Gregory W. Thorpe's Retaliation Claims (the "Motion to Compel"). *See* Dkt. No. 67.

2. Cross & Bennett's Motion to Compel seeks the production of, among other things, Thorpe's personal medical records extending back to 2001.

3. On January 7, 2014 Thorpe filed an unopposed motion requesting an additional eight days, until Friday, January 17, 2013, to file his opposition to Cross & Bennett's Motion to Compel. *See* Dkt. No. 68.

4. The unopposed motion was granted on January 8, 2014, and, therefore, Thorpe's response to the Motion to Compel is due today. *See* Dkt. No. 70.

5. Recently, a conflict of interest has developed between Thorpe and his co-plaintiff Blair Hamrick ("Hamrick") that prevents the Undersigned Counsel from continuing to represent either Thorpe or Hamrick in this litigation. Undersigned Counsel filed a Motion For Stay on January 9, 2014 to provide Thorpe and Hamrick time to retain independent substitute counsel. *See* Dkt. No. 73. The Motion For Stay includes a request to stay all deadlines in this matter including today's deadline for responding to the Motion to Compel.

6. At present there has been no ruling on the Motion For Stay, but it is evident from the filed motion papers that all parties agree that some stay is required.

7. As a result of the conflict of interest that has developed between the parties, Undersigned Counsel cannot respond on the merits of Defendants' Motion to Compel. Upon information and belief, Thorpe and Hamrick continue their efforts to retain separate counsel in substitution of Undersigned Counsel, but have not yet been able to do so.

Wherefore, Undersigned Counsel respectfully requests that this Court stay briefing on Defendants' Motion to Compel pending resolution of the Motion For Stay.

Respectfully Submitted,

  /s/  William J. Leonard
William J. Leonard (*Pro Hac Vice*)
Richard P. Limburg (*Pro Hac Vice*)
Michael F. Eichert (*Pro Hac Vice*)
Alex P. Basilevsky (*Pro Hac Vice*)
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
1617 John F. Kennedy Blvd.
Philadelphia, PA  19103
215-665-3000

Matthew J. Fogelman (BBO #653916)
FOGELMAN & FOGELMAN LLC
100 Wells Avenue
Newton, MA 02459
617-559-1530
mjf@fogelmanlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2014, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/<br>Alex. P. Basilevsky